[No. 1170-1.    Division One—Panel 1.    January 15, 1973.]

ELLIS MASSEY et al., Appellants, v. GARFIELD TITUS et al., Respondents.

Appeal from a judgment of the Superior Court for Whatcom County, No. 44442, Boone Hardin, J., entered December 11, 1970. Affirmed by unpublished opinion per Callow, J., concurred in by Horowitz and Williams, JJ.

[No. 812-2.    Division Two.    January 16, 1973.]

ROBERT BRUCE TAYLOR, Appellant, v. MARCELLA F. TAYLOR, Respondent.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 54958, John C. Tuttle, J., entered May 17, 1971. Affirmed by unpublished per curiam opinion.

[No. 681-2.    Division Two.    January 18, 1973.]

D. L. ANDERSON CONCRETE Co., Respondent, v. CLAY STENSRUD et al., Appellants.

Appeal from a judgment of the Superior Court for Pierce County, No. 203207, Bertil E. Johnson, J., entered November 8, 1971. Affirmed by unpublished per curiam opinion.

[No. 515-3.    Division Three.    January 25, 1973.]

A. E. METTLER et al., Appellants, v. LESLIE FRANCIS et al., Respondents, VIRGIL C. BARBER et al., Appellants.

Appeal from a judgment of the Superior Court for Stevens County, No. 17904, George H. Freese, J., entered October 29, 1971. Affirmed by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 449-3.    Division Three.    January 26, 1973.]

NEIL F. LAMPSON, INC., Respondent, v. NORTHERN PACIFIC RAILWAY COMPANY et al., Appellants.

Appeal from a judgment of the Superior Court for Franklin County, No. 16322, James J. Lawless, J., entered June 25, 1971. Affirmed by unpublished per curiam opinion.